IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE VINCENT KUBIS,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | **NO. 15-2142** |
| | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF BUCKS,** et al., | : | |
| Respondents. | : | |

FILED
SEP 14 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 14th day of September, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

WENDY BEETLESTONE,            J.

ENT'D SEP 14 2018