IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE VINCENT KUBIS, : CIVIL ACTION
Petitioner, :
:
v. : NO. 15-2142
:
THE DISTRICT ATTORNEY OF THE :
COUNTY OF BUCKS, et al., :
Respondents. :

## ORDER

AND NOW, this 14th day of December, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT

_____
WENDY BEETLESTONE, J.

ENT'D DEC 17 2018