IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE VINCENT KUBIS,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION 15-CV-2142** |
| : | |
| **THE DISTRICT ATTORNEY OF** : | |
| **BUCKS COUNTY,** *et al.,* : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 29th day of July, 2020, in consideration of Petitioner George Vincent Kubis's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 49), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**