### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE VINCENT KUBIS, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION 15-CV-2142** |
| | : | |
| THE DISTRICT ATTORNEY OF | : | |
| BUCKS COUNTY, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of July, 2020, in consideration of Petitioner George Vincent

Kubis's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 49), it is

**ORDERED** that:

1.      The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the

Court's Memorandum accompanying this Order.

2.      A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c)

because reasonable jurists would not debate the propriety of this Court's procedural ruling with

respect to these claims.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

*/s/ Wendy Beetlestone*
**WENDY BEETLESTONE, J.**